**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Ruben SALAS–RAMIREZ, aka Arturo Ramirez Rojas, Angel Garcia Calderon, Pena Sergio Vasquez, Defendant—Appellant.**

No. 02–50167.
D.C. No. CR–01–00895–ABC.

United States Court of Appeals,
Ninth Circuit.

Submitted May 12, 2003.*

Decided May 20, 2003.

Before PREGERSON, REINHARDT, and GRABER, Circuit Judges.

MEMORANDUM**

Ruben Salas–Ramirez appeals his guilty-plea conviction and 70–month sentence for being an illegal alien found in the United States subsequent to being previously deported after a conviction for an aggravated felony, in violation of 8 U.S.C. § 1326. Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Salas–Ramirez's counsel has filed a brief stating that she finds no meritorious issues for review, along with a motion to withdraw as counsel of record. No pro se supplemental brief or answering brief has been filed.

Our examination of the brief and our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 83–84, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), disclose no arguable issues for review on direct appeal.

Accordingly, counsel's motion to withdraw is **GRANTED,** and the district court's judgment is **AFFIRMED.**

---

1. All pending motions are denied.
* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.